# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D18-2011
_____

JEROME BANES,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

September 25, 2018

PER CURIAM.

   Because Petitioner seeks a belated appeal of an order entered in a civil proceeding, the petition for belated appeal is denied. *See Powell v. Fla. Dep't of Corr.*, 727 So. 2d 1103 (Fla. 1st DCA 1999).

WOLF, KELSEY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jerome Banes, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Gayla Grant and Eric Salvatore Giunta, Assistant General Counsels, Department of Corrections, Tallahassee, for Respondent.